1.

IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

FILED DEC 15 2003

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | 1:03CR 455-1 |
| TIMOTHY ALBRIGHT | : | |

The Grand Jury charges:

On or about October 3, 2003, in the County of Alamance, in the Middle District of North Carolina, TIMOTHY ALBRIGHT, having been convicted on October 3, 1996, in the Superior Court of Alamance County, Graham, North Carolina, of crimes punishable by imprisonment for a term exceeding one year, that is, breaking and entering and larceny, knowingly did possess in commerce and affecting commerce a firearm, that is, a Beretta .40 caliber pistol, model 96, serial number BER114059; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(e)(1).

A TRUE BILL:

_____
LISA B. BOGGS
ASSISTANT UNITED STATES ATTORNEY

_____
ANNA MILLS WAGONER
UNITED STATES ATTORNEY